0

1

2

3

4

FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

14

v.

Aimee Lauren DiLullo

15

16

Defendant.

NO. CR 20-490-SB-2

ORDER [OF DETENTION] [SETTING
CONDITIONS OF RELEASE] AFTER
HEARING (18 U.S.C. §3148(b):
(Allegations of Violation of Pretrial
Conditions of Release)

A.

17

18

On motion of the Government involving an alleged violation of conditions of

19

pretrial release, and a warrant for arrest,

B.

20

21

The court finds there is:

(1)

22

23

(A)   ( )   Probable cause to believe that the defendant has committed a

Federal, State, or local crime while on release and/or

24

25

(B)   (X)   Clear and convincing evidence that the defendant has violated any

other condition of release; and

26

27

(2)   (A)   (X)   Based on the factors set forth in 18 U.S.C. §3142(g), there is no

condition or combination of conditions of release that will assure

28

that the defendant will not flee or pose a danger to the safety of

1   any other person or the community; or and

2   (B)   (X   The defendant is unlikely to abide by any condition or

3   combination of conditions of release.

4   (3)   ( )   There is probable cause to believe that, while on release, the

5   defendant committed a Federal, State, or local felony, and the

6   presumption that no condition or combination of conditions will

7   assure that the person will not pose a danger to the safety of any

8   other person or the community has not been rebutted.

9   OR

10  (4)   ( )   The court finds that there are conditions of release that will assure

11  that the defendant will not flee or pose a danger to the safety any

12  other person or the community, and that the defendant will abide

13  by such conditions. See separate Order setting conditions.

14  ( )   It is further ordered that this order is stayed for 72 hours in order

15  to allow the Government to seek review from the assigned district

16  judge or criminal duty district judge as appropriate.

17  OR

18  C.

19  (X   IT IS ORDERED defendant be detained prior to trial.

20  DATED:

21

22

23  PEDRO V. CASTILLO

24  UNITED STATES  MAGISTRATE JUDGE

25

26

27

28